### STATE OF CONNECTICUT *v.* JAMES OLIVER, JR.

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 139 (AC 13048), is denied.

NORCOTT, J., dissenting. I would grant the petition of the state of Connecticut for certification to appeal.

*John A. East III*, assistant state's attorney, in support of the petition.

*Jon L. Schoenhorn*, in opposition.

Decided May 28, 1996